UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| C.I.B. KOREAN DISABLED VETERAN INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APEX MECHANICAL, INC., et al.,<br><br>Defendants. | Case No: C 16-07153 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of this action, <u>see</u> Dkt. 63, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen this case and trial will be reset, provided that such motion is filed within sixty (60) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 11/19/2018

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge